

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2014

No. 04-13-00903-CV

John Edward **SOTO** II, a.k.a, Jonathan Herrasti,
Appellant

v.

Penelope Jo **SOTO**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00460
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief is due on **June 3, 2014**. **No further extensions will be granted**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court